UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARVELLE J. BALLENTINE,

    *Plaintiff,*

        v.

DEVIN S. ANDERSON; META
PLATFORMS, INC.; and
CHRISTOPHER W. KEEGAN,

    *Defendants.*

Case No. 5:26-cv-00472
The Honorable Judge
Anne-Leigh Gaylord Moe

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Marvelle J. Ballentine, proceeding pro se, appeals to the United States Court of Appeals for the Eleventh Circuit from the Endorsed Order entered on the docket of this action on July 24, 2026, granting Plaintiff's Motion for Extension of Time to File (Doc. 71), dismissing this action, directing the Clerk to terminate all pending motions, and directing the Clerk to close the file.

This appeal encompasses the July 24, 2026 Endorsed Order in its entirety, including its determination that Plaintiff failed to comply with the Standing Order Regarding Use of Artificial Intelligence (Doc. 70) and its determination regarding Plaintiff's ability to certify compliance with Rule 11 of the Federal Rules of Civil

Procedure, together with each prior order, ruling, and decision entered in this action that merges into the final judgment of dismissal. See Fed. R. App. P. 3(c)(4).

Date: July 28, 2026                                      Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, the foregoing Notice of Appeal was filed with the Clerk of the Court, which will serve Notice of Filing on all counsel of record through the CM/ECF system.

Marvelle J. Ballentine
*Plaintiff, pro se*