| 07/24/2026 | 80 | ENDORSED ORDER granting 71 Motion for Extension of Time to File and dismissing this case. On May 27, 2026, the Court entered its 70 Standing Order Regarding Use of Artificial Intelligence. The Standing Order required Mr. Ballentine to make the following certification: "I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries [insert docket numbers], by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing." On June 2, 2026, Mr. Balletine requested an additional twenty days (through July 20, 2026) to comply with the 70 Standing Order. Although the time to review and confirm compliance with Rule 11 is and always has been prior to making the filing, the Court allowed Mr. Ballentine to take the additional time he requested anyway, even though he remained under an Order to file the certificate of compliance within the deadline in the 70 Standing Order. Nevertheless, even with the benefit of the additional time he requested, Mr. Ballentine has not complied with the Standing Order and certified his compliance with Rule 11. The parties in this case were previously advised in the Court's 6 Notice to Counsel and Parties that "Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice." Mr. Ballentine's failure to comply with the Standing Order and his inability to certify compliance with Rule 11 of the Federal Rules of Civil Procedure merit dismissal of this case. Accordingly, this case is DISMISSED and the Clerk is directed to terminate any pending motions and CLOSE this file. Signed by Judge Anne-Leigh Gaylord Moe on 7/24/2026. (Entered: 07/24/2026) |