**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

MARVELLE J. BALLENTINE,

*Plaintiff-Appellant,*

v.

DEVIN S. ANDERSON;
META PLATFORMS, INC.; and
CHRISTOPHER W. KEEGAN,

*Defendants-Appellees.*

---

Court of Appeals Case No. 26-12641-GG

Appeal from the United States District Court
for the Middle District of Florida

District Court Case No. 5:26-cv-00472-AGM-PRL

---

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh

Circuit Rule 26.1-1, Appellant Marvelle J. Ballentine, proceeding pro se,

certifies that the following is a complete list of all trial judges, magistrate

judges, attorneys, persons, associations of persons, firms, partnerships,

corporations, and other identifiable legal entities having an interest in the outcome of this appeal:

- Accenture LLP — Former defendant in the district-court action; terminated as a defendant upon the filing of the Second Amended Complaint on March 4, 2026.

- Accenture plc — Indirect parent corporation of Accenture LLP; publicly traded on the New York Stock Exchange under the symbol ACN.

- Anderson, Devin S. — Defendant-Appellee; partner at Kirkland & Ellis LLP.

- Ballentine, Marvelle J. — Plaintiff-Appellant, proceeding pro se.

- Chapleau, Marianna C. — Counsel of record for Defendants-Appellees Devin S. Anderson and Christopher W. Keegan; Kirkland & Ellis LLP.

- Deitchman, Ariel D. — Counsel of record for Defendants-Appellees Devin S. Anderson and Christopher W. Keegan; Kirkland & Ellis LLP.

- Fassbender, Diana Marie — Counsel of record for Defendant-Appellee Meta Platforms, Inc.; Orrick, Herrington & Sutcliffe LLP.

- Irick, Daniel C. — United States Magistrate Judge, Middle District of Florida; assigned to the action while it proceeded in the Orlando Division as Case No. 6:26-cv-00286-AGM-DCI.

- Keegan, Christopher W. — Defendant-Appellee; partner at Kirkland & Ellis LLP.

- Kirkland & Ellis LLP — Former defendant in the district-court action; terminated as a defendant upon the filing of the Second Amended Complaint on March 4, 2026; counsel for Defendants-Appellees Devin S. Anderson and Christopher W. Keegan.

- Lammens, Philip R. — United States Magistrate Judge, Middle District of Florida; assigned to the action following its transfer to the Ocala Division as Case No. 5:26-cv-00472.

- Malone, Patrick Owen — Counsel of record for Defendants-Appellees Devin S. Anderson and Christopher W. Keegan; Kirkland & Ellis LLP.

- Meta Platforms, Inc. — Defendant-Appellee; publicly traded on the Nasdaq Stock Market under the symbol META.

- Moe, Anne-Leigh Gaylord — United States District Judge, Middle District of Florida; initially assigned to the action in the Orlando

Division, subsequently reassigned to the action in the Ocala Division, and entered the order from which this appeal is taken.

- Orrick, Herrington & Sutcliffe LLP — Counsel for Defendant-Appellee Meta Platforms, Inc.

- Sneed, Julie S. — United States District Judge, Middle District of Florida; assigned to the action following its transfer to the Ocala Division and before its reassignment to Judge Anne-Leigh Gaylord Moe.

- Spiwak, Lauren M. — Counsel of record for Defendants-Appellees Devin S. Anderson and Christopher W. Keegan; Kirkland & Ellis LLP; admitted pro hac vice.

**Corporate Disclosure Statement.** Appellant Marvelle J. Ballentine is a natural person. Appellant is not a corporation, has no parent corporation, and no publicly held corporation owns any stock in Appellant. Appellant proceeds pro se and is not represented by counsel.

Date: July 31, 2026

Marvelle J. Ballentine
Plaintiff-Appellant, pro se

# CERTIFICATE OF SERVICE

I certify that on August 1, 2026, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the United States Court of Appeals for the Eleventh Circuit using the Court's CM/ECF system. The CM/ECF system will provide electronic notice to counsel registered to receive electronic service.

I further certify that on August 1, 2026, I served a true and correct copy of the foregoing by United States mail, postage prepaid, upon the following counsel:

Marianna Chapleau
Kirkland & Ellis LLP
830 Brickell Plaza
Miami, Florida 33131

Diana Marie Fassbender
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

Patrick Owen Malone
Kirkland & Ellis LLP
830 Brickell Plaza
Miami, Florida 33131

Lauren M. Spiwak
Kirkland & Ellis LLP
4550 Travis Street
Dallas, Texas 75205

Date: August 1, 2026

Marvelle J. Ballentine
Plaintiff-Appellant, pro se